GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
Email: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000

*Attorneys for the Reorganized Debtor*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Appellant<br><br>vs.<br><br>EB HOLDINGS II, INC.<br><br>    Appellee<br><br>In re:<br><br>EB HOLDINGS II, INC.,<br><br>    Debtor. | USDC Case No. 20-cv-01311-GMN<br>Appeal Ref. No. 20-20<br><br>Bankr. Case No.: BK-S-19-16364-MKN<br>Chapter 11 |

**STIPULATION BY AND BETWEEN UNITED STATES OF AMERICA AND EB HOLDINGS II, INC. FOR EXTENSION OF TIME FOR APPELLEE EB HOLDINGS II, INC. TO FILE ITS ANSWERING BRIEF AND APPELLANT THE UNITED STATES OF AMERICA TO FILE ITS REPLY BRIEF**

IT IS HEREBY STIPULATED and AGREED, by and between Appellee EB Holdings, Inc. ("EBH"), by and through its counsel, the law firm of Garman Turner Gordon LLP, and Appellant United States of America, on behalf of the Department of Treasury Internal Revenue

Service ("IRS," and together with EBH, the "Parties"), by and through its counsel, the U.S. Department of Justice, as follows:

WHEREAS, on July 14, 2020, the IRS filed its *United States' Notice of Appeal and Statement Election* (the "Notice of Appeal") in the United States Bankruptcy Court for the District of Nevada, Case No. 19-16364, ECF No. 149, which was referred to and docketed with the above-captioned Court on July 15, 2020.

WHEREAS, on August 12, 2020, the Court issued its *Minute Order in Chambers* [ECF No. 4] setting the briefing deadlines (the "Briefing Deadlines") as follows:

1. Deadline for Appellant's Opening Brief     August 26, 2020
2. Deadline for Appellee's Answering Brief     September 9, 2020
3. Deadline for Appellant's Reply Brief     September 23, 2020.

WHEREAS, the IRS filed its *Opening Brief of Appellant United States of America* [ECF No. 5] on August 26, 2020.

WHEREAS, the Parties are engaged in settlement negotiations and, to conserve the Court's and the Parties' resources and promote judicial economy and efficiency, have agreed to a thirty (30) day extension of the deadlines for Appellee EBH to file its Answering Brief and Appellant IRS to filed its Reply Brief.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

NOW, THEREFORE, the Parties hereby stipulate and agree to extend the Briefing Deadlines as follows:

1. Deadline for Appellee's Answering Brief     October 9, 2020
2. Deadline for Appellant's Reply Brief        October 23, 2020

Dated this 9th day of September, 2020.

| GARMAN TURNER GORDON LLP | RICHARD E. ZUCKERMAN<br>Principal Deputy Assistant Attorney General |
|---|---|
| By: */s/ Teresa M. Pilatowicz*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>TERESA M. PILATOWICZ, ESQ.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119 | By: */s/ Boris Kukso*<br>BORIS KUKSO ESQ.<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>P.O. Box 683<br>Washington, D.C. 20044 |
| *Attorneys for EB Holdings II, Inc.* | *Attorneys for United States of America, on behalf of the Department of Treasury Internal Revenue Service* |

**IT IS SO ORDERED *nunc pro tunc.***

Dated this 11 day of September, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT